# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #2:09-cv-394 Style: Nextcard, LLC v. Chase Bank USA, N.A., et al.
2. Applicant is representing the following party: Chase Bank USA, N.A.
3. Applicant was admitted to practice in New York in 1999.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied.
7. Applicant has not ever had the privilege to practice before another court suspended.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. **NONE.**
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts: _____
Fed. Cir.; S.D.N.Y; E.D.N.Y.; D. NJ; NY; NJ

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, Dennis C. Hopkins, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 7/20/10     Signature _____
                    Dennis C. Hopkins

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)**

| | |
|---|---|
| Name (please print): | Dennis C Hopkins |
| State Bar Number: | 2960193 (NY) |
| Firm Name: | Chadbourne & Parke LLP |
| Address/P.O. Box: | 30 Rockefeller Plaza |
| City/State/Zip: | New York, NY 10112 |
| Telephone #: | (212) 408-5433 |
| Fax #: | (212) 541-5369 |
| E-mail Address: | dhopkins@chadbourne.com |
| Secondary E-mail Address: | |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __7-21-10__

DAVID J. MALAND, CLERK
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _C. Hinton_
Deputy Clerk

# Receipt for Payment
## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Wednesday, July 21, 2010**

Received from:

**Yarbrough - Wilcox PLLC**
**100 East Ferguson Ste 1015**
**Tyler, Tx 75702**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $200.00 |
| **Total** | **$200.00** |

Payment method: **Check**
Case or other reference: **2:09-cv-394**
Comments: **Ck# 1225   PHV for Hintz, Hopkins**

Received by: **ch**