IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO.　2:09-cv-394<br>§<br>§<br>§<br>§<br>§<br>§　JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S REPLY TO ORIGINAL COUNTERCLAIMS
OF DEFENDANT CHASE BANK USA, N.A.**

Plaintiff NextCard, LLC ("Plaintiff") files this Reply to the Original Counterclaims of Defendant Chase Bank USA, N.A. ("Chase Bank" or "Defendant") as follows. All allegations not expressly admitted are denied.

**REPLY TO CHASE BANK'S ORIGINAL COUNTERCLAIMS**

Plaintiff makes the following reply to the specific allegations in Defendant's Counterclaims:

1.　　Plaintiff admits the allegations in paragraph 1.

2.　　Plaintiff admits the allegations in paragraph 2.

## JURISDICTION AND VENUE

3.      The allegations in the first sentence of paragraph 3 are legal conclusions to which no response is required; however, to the extent that the first sentence of paragraph 3 of the Counterclaim contains any factual allegation to which Plaintiff must respond, Plaintiff admits the same.  Regarding the second sentence of paragraph 3, Plaintiff admits that Defendant is bringing counterclaims for declaratory judgment, but denies that those counterclaims have any merit.  All allegations in paragraph 3 not expressly admitted are denied.

4.      The allegations in paragraph 4 are legal conclusion to which no response is required; however, to the extent that paragraph 4 of the Counterclaim contains any factual allegation to which Plaintiff must respond, Plaintiff admits the same.

5.      The allegations in paragraph 5 are legal conclusion to which no response is required; however, to the extent that paragraph 5 of the Counterclaim contains any factual allegation to which Plaintiff must respond, Plaintiff admits the same.

6.      Plaintiff admits the allegations in paragraph 6.

7.      The allegations in paragraph 7 are legal conclusion to which no response is required; however, to the extent that paragraph 7 of the Counterclaim contains any factual allegation to which Plaintiff must respond, Plaintiff admits the same.

## COUNT ONE

8.      Plaintiff denies the allegations in paragraph 8.

9.      Plaintiff denies that Defendant is entitled to the relief requested in paragraph 9.

## COUNT TWO

10.     Plaintiff denies the allegations in paragraph 10.

11.     Plaintiff denies that Defendant is entitled to the relief requested in paragraph 11.

### CHASE BANK'S PRAYER FOR RELIEF

Plaintiff denies that Capital One is entitled to the relief requested.

### JURY DEMAND

Pursuant to Rule to Rule 38 of the Federal Rules of Civil Procedure, NextCard likewise demands trial by jury of all issues so triable.

### NEXTCARD'S PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff NextCard, LLC respectfully request a judgment against Chase Bank as follows:

A. That Chase Bank take nothing by its Counterclaims;

B. That the Court award NextCard its costs and attorneys' fees incurred in defending against these counterclaims; and

C. Any and all further relief for NextCard as the Court may deem just and proper.

Dated: August 2, 2010

Respectfully Submitted,

By:    */s/   George Scott*
Eric S. Tautfest
Attorney-In-Charge
State Bar No. 24028534
etautfest@theware.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Leslie D. Ware
State Bar No. 00785179
lware@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@thewarefirm.com
George Scott
State Bar No. 24061276
gscott@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road
Suite 1900
Dallas, Texas 75201
214-744-5000 Telephone
214-744-5013 Facsimile

Eric M. Albritton
State Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449
(903) 758-7397 Fax

**ATTORNEYS FOR PLAINTIFF NEXTCARD, LLC,**

**PLAINTIFF'S REPLY TO ORIGINAL COUNTERCLAIMS**     **4**
**OF DEFENDANT CHASE BANK USA, N.A.**

## CERTIFICATE OF ELECTRONIC SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, August 2, 2010. Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

                                                              */s/ George Scott*