IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NEXTCARD, LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**CHASE BANK USA, N.A., et al.,**<br><br>　　Defendants. | CIVIL ACTION NO. 2:09-cv-394<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF ADRIENNE JOHNSON

Notice is hereby given that the undersigned attorney, Adrienne Johnson, enters her appearance in this matter for Defendant Zions First National Bank, N.A., as additional counsel of record and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: August 24, 2010

Respectfully submitted,

　　/s/  Adrienne Johnson
Adrienne Johnson
Anthony H. Son
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ajohnson@wileyrein.com
ason@wileyrein.com

*Attorneys for Defendant and Counterclaim Plaintiff Zions First National Bank*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 24th day of August, 2010. Any other counsel of record will be served by facsimile transmission and/or first class mail.

    /s/  Adrienne Johnson
Adrienne Johnson