IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC | § | |
| | § | CAUSE NO. 2:09-CV-394-TJW |
| VS. | § | |
| | § | |
| CHASE BANK USA, N.A., | § | JURY TRIAL DEMANDED |
| CITIBANK (SOUTH DAKOTA), N.A., | § | |
| ONE BANK (USA), N.A., | § | |
| WELLS FARGO FINANCIAL, INC., | § | |
| ZIONS FIRST NATIONAL BANK, N.A., and | § | |
| THE HARRIS BANK, N.A. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT THE HARRIS BANK, N.A.

Defendant The Harris Bank, N.A. files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, A Professional Corporation, 110 N. College Ave., Suite 500, Tyler, Texas 75702, is appearing as additional counsel for The Harris Bank, N.A. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 27, 2010

Respectfully submitted,

*/s/ Daniel A. Noteware, Jr.*
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)

**ATTORNEYS FOR DEFENDANT
THE HARRIS BANK, N.A.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of August 2010. Any other counsel of record will be served by first class U.S. mail on this same date.

                                                                        */s/ Daniel A. Noteware, Jr.*
                                                                         Daniel A. Noteware, Jr.
                                                                         .