IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO. 2:09-CV-394-TJW |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CHASE BANK USA, N.A.., ET AL, | § | |
| | § | |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE

NextCard, LLC ("NextCard"), plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Adam A. Biggs
Texas State Bar No. 24051753
aab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75601
Phone: (903) 757-8449
Fax: (903) 758-7397

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Adam A. Biggs
Texas State Bar No. 24051753
aab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)

*Counsel for NextCard, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 30th day of August 2010.

_____
Eric M. Albritton