UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION

| | | |
|---|---|---|
| Nextcard LLC | § | |
| vs. | § | CASE NO. 2:09cv394 |
| Chase Bank USA NA | § | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to ___HONORABLE CHARLES EVERINGHAM___, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

_9/01/10_
Date

UNITED STATES DISTRICT JUDGE