# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NEXTCARD, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.**<br><br>    Defendants. | **CIVIL ACTION NO. 2:09-cv-394**<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Upon consideration of the parties' "Joint Motion for an Extension of Time," and for good and sufficient cause shown, it is hereby ORDERED that the motion is granted. The following deadlines are set as follows:

1.   The parties shall have until September 17, 2010 to file a proposed Discovery Order and a proposed Docket Control Order;

2.   Plaintiff shall have until October 4, 2010 to serve its P.R. 3-1 and 3-2 Disclosures; and

3.   Defendants shall have until December 3, 2010 to serve their P.R. 3-3 and 3-4 Disclosures.

SIGNED this 14th day of September, 2010.

                                            _____
                                            CHARLES EVERINGHAM IV
                                            UNITED STATES MAGISTRATE JUDGE