IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>   Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>   Defendants. | § § § § § § § § § § § § § § § §    CIVIL ACTION NO.   2:09-cv-394<br><br><br>JURY TRIAL DEMANDED |

NOTICE OF PLAINTIFF'S DISCLOSURE PURSUANT
TO LOCAL PATENT RULES 3-1 AND 3-2

  Plaintiff NextCard, LLC hereby provides notice that it has served disclosures on counsel on record for Chase Bank USA, N.A., Capital One Bank (USA), N.A. and Zions First National Bank, N.A. as required by Local Rules 3-1 and 3-2 on October 4, 2010.

Dated: October 5, 2010　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By:　　/s/　George Scott
　　　　　　　　　　　　　　　　Eric S. Tautfest
　　　　　　　　　　　　　　　　Attorney-In-Charge
　　　　　　　　　　　　　　　　State Bar No. 24028534
　　　　　　　　　　　　　　　　etautfest@theware.com
　　　　　　　　　　　　　　　　Donald Puckett
　　　　　　　　　　　　　　　　State Bar No. 24013358
　　　　　　　　　　　　　　　　dpuckett@thewarefirm.com
　　　　　　　　　　　　　　　　Leslie D. Ware
　　　　　　　　　　　　　　　　State Bar No. 00785179
　　　　　　　　　　　　　　　　lware@thewarefirm.com
　　　　　　　　　　　　　　　　Mark W. Born
　　　　　　　　　　　　　　　　State Bar No. 24034334
　　　　　　　　　　　　　　　　mborn@thewarefirm.com
　　　　　　　　　　　　　　　　George Scott
　　　　　　　　　　　　　　　　State Bar No. 24061276
　　　　　　　　　　　　　　　　gscott@thewarefirm.com
　　　　　　　　　　　　　　　　**THE WARE FIRM**
　　　　　　　　　　　　　　　　2101 Cedar Springs Road
　　　　　　　　　　　　　　　　Suite 1900
　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　214-744-5000 Telephone

　　　　　　　　　　　　　　　　Eric M. Albritton
　　　　　　　　　　　　　　　　State Bar No. 00790215
　　　　　　　　　　　　　　　　ema@emafirm.com
　　　　　　　　　　　　　　　　Adam A. Biggs
　　　　　　　　　　　　　　　　State Bar No. 24051753
　　　　　　　　　　　　　　　　aab@emafirm.com
　　　　　　　　　　　　　　　　**ALBRITTON LAW FIRM**
　　　　　　　　　　　　　　　　P.O. Box 2649
　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　(903) 757-8449

　　　　　　　　　　　　　　　　Thomas John Ward, Jr.
　　　　　　　　　　　　　　　　State Bar No. 00794818
　　　　　　　　　　　　　　　　jw@jwfirm.com
　　　　　　　　　　　　　　　　**WARD & SMITH LAW FIRM**
　　　　　　　　　　　　　　　　P.O. Box 1231
　　　　　　　　　　　　　　　　Longview, TX 75606-1231
　　　　　　　　　　　　　　　　903-757-6400

　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　**NEXTCARD, LLC**

**NOTICE OF PLAINTIFF'S DISCLOSURE PURSUANT**　　　　　　　　　　　　　　**Page 2**
**TO LOCAL PATENT RULES 3-1 AND 3-2**

## CERTIFICATE OF ELECTRONIC SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, October 5, 2010.  Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

                                              */s/  George Scott*