**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NEXTCARD, LLC,**<br><br>  Plaintiff,<br><br> v.<br><br>**CHASE BANK USA, N.A., et al.,**<br><br>  Defendants. | **CIVIL ACTION NO. 2:09-cv-394**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF KARIN HESSLER**

Notice is hereby given that the undersigned attorney, Karin Hessler, enters her appearance in this matter for Defendant Zions First National Bank.

Dated: October 12, 2010

Respectfully submitted,

   */s/ Karin Hessler*
Anthony H. Son
Adrienne Johnson
Karin Hessler
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ason@wileyrein.com
ajohnson@wileyrein.com
khessler@wileyrein.com

*Attorneys for Defendant and Counterclaim Plaintiff Zions First National Bank*