IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>    Defendants. | CIVIL ACTION NO.  2:09-cv-394<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is the Unopposed Motion of Plaintiff NextCard, LLC to extend its time to provide its Disclosures pursuant to Local Patent Rules 3-1 and 3-2 regarding Defendant The Harris Bank, N.A. to November 1, 2010. The Court, having considered the unopposed motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for Plaintiff NextCard, LLC to provide its Disclosures pursuant to Local Patent Rules 3-1 and 3-2 regarding Defendant The Harris Bank, N.A. is extended to November 1, 2010.

SIGNED this 19th day of October, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE