**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NEXTCARD, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., et al.,<br><br>   Defendants. | CIVIL ACTION NO. 2:09-cv-394-CE<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF INITIAL DISCLOSURES OF
DEFENDANT ZIONS FIRST NATIONAL BANK, N.A.**

Defendant Zions First National Bank, N.A. ("Zions") files this Notice pursuant to Local Rule CV-26(c), and states that pursuant to Fed. R. Civ. P. 26(a)(1) and ¶ 1 of the Discovery Order, Zions served its Initial Disclosures on November 8, 2010.

Dated: November 8, 2010

Respectfully submitted,

      /s/  Anthony H. Son
Anthony H. Son
Karin Hessler
Adrienne Johnson
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ason@wileyrein.com
ajohnson@wileyrein.com
khessler@wileyrein.com

*Attorneys for Defendant and Counterclaim
Plaintiff Zions First National Bank*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on November 8, 2010, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

                                                                                      /s/ Anthony H. Son