IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO.   2:09-cv-394<br><br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

Plaintiff Nextcard, LLC hereby gives notice that it has complied with paragraph 1 of the Court's Discovery Order in this case by serving on all parties Plaintiff's Initial Disclosures.

Dated: November 8, 2010

Respectfully Submitted,

By:    /s/ *George T. Scott*
Eric S. Tautfest
Attorney-In-Charge
State Bar No. 24028534
etautfest@theware.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Leslie D. Ware
State Bar No. 00785179
lware@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@thewarefirm.com
George Scott
State Bar No. 24061276
gscott@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road
Suite 1900
Dallas, Texas 75201
214-744-5000 / 214-744-5013 Facsimile

Eric M. Albritton
State Bar No. 00790215
ema@emafirm.com
Adam A. Biggs
State Bar No. 24051753
aab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 / (903) 758-7397 Fax

Thomas John Ward, Jr.
State Bar No. 00794818
jw@jwfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606-1231
903-757-6400 / 903-757-2323 Fax

**ATTORNEYS FOR PLAINTIFF
NEXTCARD, LLC,**

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, November 8, 2010.  Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

*/s/George T. Scott*
George T Scott