IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 2:09-cv-394 |
| CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A., | § § § § § § § § | |
| Defendants | § | |

## CHASE BANK USA, N.A.'S NOTICE OF DISCLOSURE

Defendant, Chase Bank USA, N.A., notifies the Court that on November 8, 2010 Chase Bank USA, N.A. served its Initial Disclosures on all parties pursuant to Federal Rule of Civil Procedure 26(a)(1) and the first paragraph of the Court's Discovery Order (D.I. 83).

DATED: November 9, 2010

Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

        John M. Hintz (admitted E.D. Tex.)
        New York Bar No. 2252708
        Dennis C. Hopkins (*pro hac vice*)
        New York Bar No. 2960193
        Chadbourne & Parke, LLP
        30 Rockefeller Plaza
        New York, New York 10112
        Tel:  (212) 408-5433
        Fax: (212) 541-5369
        jhintz@chadbourne.com
        dhopkins@chadbourne.com

        Attorneys for Defendant,
        Chase Bank USA, N.A.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 9th day of November, 2010.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

        */s/ Trey Yarbrough*
        Trey Yarbrough