**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NEXTCARD, LLC,**<br>          **Plaintiff,**<br><br>v.<br><br>**CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.**<br><br>          **Defendants.** | **CIVIL ACTION NO.   2:09-cv-394**<br><br>**JURY TRIAL DEMANDED** |

## ORDER STAYING DEADLINES

CAME TO BE CONSIDERED the "Joint Motion to Stay Deadlines" ("Motion") that concerns deadlines specific to Plaintiff NextCard LLC ("NextCard"), and Defendant Capital One Bank (USA), N.A., ("Capital One").  The Court, having considered the Motion, finds that the Motion should be in all respects GRANTED.

IT IS THEREFORE ORDERED that all case deadlines between NextCard and Capital One in the above entitled-action are hereby stayed thirty (30) days.

SIGNED this 9th day of November, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE