IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>    Defendants. | § § § § § § § § § § § § § § § § |

Civil Action No. 2:09-cv-00394-TJW

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN NEXTCARD, LLC AND THE HARRIS BANK, N.A.

On this day, the Court considered the Stipulation of Dismissal of Claims Between NextCard, LLC and The Harris Bank, N.A. After considering the Stipulation, the Court hereby dismisses all claims asserted by Plaintiff NextCard, LLC against Defendant The Harris Bank, N.A. and all claims asserted by The Harris Bank, N.A. against NextCard, LLC in the above captioned case WITH PREJUDICE to re-filing same. Each party is to bear its own costs.

SIGNED this 17th day of November, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE