**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NEXTCARD, LLC, | § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 2:09-cv-394 |
| CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A., | § § § § § § § § | |
| Defendants | § | |

**ORDER GRANTING DEFENDANTS CHASE BANK USA, N.A. AND ZIONS
FIRST NATIONAL BANK, N.A.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO COMPLY WITH PATENT RULE 3-4
AND RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Before the Court is Defendants Chase Bank USA, N.A. and Zions First National Bank, N.A.'s Unopposed Motion for Extension of Time to Comply with Patent Rule 3-4 and respond to Plaintiff's First Set of Interrogatories until and including December 10, 2010. The Court, having considered the unopposed motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for Defendants Chase Bank USA, N.A. and Zions First National Bank, N.A. to comply with Patent Rule 3-4 and respond to Plaintiff's First Set of Interrogatories is extended to December 10, 2010.

SIGNED this 2nd day of December, 2010.

                                                                     CHARLES EVERINGHAM IV  
                                                                     UNITED STATES MAGISTRATE JUDGE