# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| CHASE BANK USA, N.A., CITIBANK § | |
| (SOUTH DAKOTA), N.A., CAPITAL § | Civil Action No. 2:09-cv-00394-TJW |
| ONE BANK (USA), N.A., WELLS § | |
| FARGO FINANCIAL, INC., ZIONS § | |
| FIRST NATIONAL BANK, N.A., THE § | |
| HARRIS BANK, N.A. § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN NEXTCARD, LLC AND CAPITAL ONE BANK (USA), N.A.

On this day, the Court considered the Stipulation of Dismissal of Claims Between NextCard, LLC and Capital One Bank (USA), N.A. After considering the Stipulation, the Court hereby dismisses all claims asserted by Plaintiff NextCard, LLC against Defendant Capital One Bank (USA), N.A. and all claims asserted by Capital One Bank (USA), N.A. against NextCard, LLC WITH PREJUDICE to re-filing same. Each party is to bear its own costs.

SIGNED this 3rd day of December, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE