**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEXTCARD, LLC, | |
|     Plaintiff, | CIVIL ACTION NO. 2:09-cv-394-CE |
|     v. | **JURY TRIAL DEMANDED** |
| CHASE BANK USA, N.A., et al., | |
|     Defendants. | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 3-3

Pursuant to the Court's September 21, 2010 Docket Control Order (Doc. No. 84), Defendants Zions First National Bank, N.A. and Chase Bank USA, N.A. hereby give notice that they served their disclosures pursuant to Patent Local Rule 3-3 upon all parties' counsel on December 3, 2010.

Dated: December 3, 2010          Respectfully submitted,

                         ___/s/ Anthony H. Son___
                         Anthony H. Son
                         Karin Hessler
                         Adrienne Johnson
                         WILEY REIN LLP
                         1776 K Street, N.W.
                         Washington, DC 20006
                         Telephone: (202) 719-7000
                         Fax: (202) 719-7049
                         ason@wileyrein.com
                         ajohnson@wileyrein.com
                         khessler@wileyrein.com

                         *Attorneys for Defendant and Counterclaim*
                         *Plaintiff Zions First National Bank*

_/s/ John M. Hintz w/ permission_

John M. Hintz (admitted E.D. Tex.)
New York Bar No. 2252708
Dennis C. Hopkins (*pro hac vice*)
New York Bar No. 2960193
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-5433
Fax: (212) 541-5369
jhintz@chadbourne.com
dhopkins@chadbourne.com

Trey Yarbrough Bar No. 22133500
Debby E. Gunter Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

*Attorneys for Defendant,*
*Chase Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

_/s/ Anthony H. Son_