# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., et al.,<br><br>  Defendants. | CIVIL ACTION NO. 2:09-cv-394-CE<br><br>**JURY TRIAL DEMANDED** |

## ZIONS FIRST NATIONAL BANK, N.A.'S NOTICE OF COMPLIANCE WITH P.R. 3-4

Pursuant to the Court's September 21, 2010 Docket Control Order (Doc. No. 84), and as modified by the Court's December 2, 2010 Order (Doc. No. 102), Defendant Zions First National Bank, N.A. hereby gives notice that it served its disclosures pursuant to Patent Local Rule 3-4 upon all parties' counsel on December 10, 2010.

Dated: December 10, 2010

Respectfully submitted,

  /s/ Anthony H. Son
Anthony H. Son
Karin Hessler
Adrienne Johnson
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Fax: (202) 719-7049
ason@wileyrein.com
ajohnson@wileyrein.com
khessler@wileyrein.com

*Attorneys for Defendant and Counterclaim Plaintiff Zions First National Bank*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2010, all counsel of record who have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

                                                                            /s/  Anthony H. Son