# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 2:09-cv-394 |
| CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A., | § § § § § § § § | |
| Defendants | § | |

### CHASE BANK USA, N.A.'S NOTICE OF COMPLIANCE WITH P.R. 3-4

Pursuant to the Court's September 21, 2010 Docket Control Order (Doc. No. 84), and as modified by the Court's December 2, 2010 Order (Doc. No. 102), Defendant Chase Bank USA, N.A. hereby gives notice that it served its disclosures pursuant to Patent Local Rule 3-4 upon all parties' counsel on December 10, 2010.

DATED: December 15, 2010

Respectfully submitted,

*/s/ Debby E. Gunter*
Debby E. Gunter
Bar No. 24012752
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
debby@yw-lawfirm.com
trey@yw-lawfirm.com

John M. Hintz (admitted E.D. Tex.)
New York Bar No. 2252708
Dennis C. Hopkins
New York Bar No. 2960193
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
Tel:  (212) 408-5433
Fax: (212) 541-5369
jhintz@chadbourne.com
dhopkins@chadbourne.com

Attorneys for Defendant,
Chase Bank USA, N.A.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of December, 2010.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ *Debby E. Gunter*
Debby E. Gunter