# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>　　　Defendants. | CIVIL ACTION NO.　2:09-cv-394<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is the unopposed Motion of NextCard, LLC to extend their time to serve Additional Disclosures pursuant to paragraph 2(c) of the Discovery Order to December 21, 2010. The Court, having considered the unopposed motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for NextCard, LLC to provide Additional Disclosures pursuant to paragraph 2(c) of the Discovery Order is extended to December 21, 2010.

SIGNED this 22nd day of December, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE