## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO. 2:09-CV-394-TJW |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CHASE BANK USA, N.A., ET AL, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

The Plaintiff's Unopposed Motion to Withdraw Adam A. Biggs as Counsel of Record shall be, and is hereby, GRANTED. Accordingly, the Clerk shall terminate Adam A. Biggs as counsel of record for the Plaintiff and discontinue cm/ecf notices to Adam A. Biggs for this civil action.

SIGNED this 7th day of January, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE