IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **NEXTCARD, LLC,**<br>          Plaintiff,<br><br>v.<br><br>**CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.**<br><br>          **Defendants.** | §§§§§§§§§§§§§§§ | **CIVIL ACTION NO.   2:09-cv-394**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE WITH P.R. 4-1

Plaintiff, NextCard, LLC files this Notice of Compliance with P.R. 4-1 hereby notifying the Court that Plaintiff served its proposed claim terms, phrases and clauses for construction on Defendants' counsel of record on January 12, 2011.

Dated: January 14, 2011                    Respectfully Submitted,

                                   By:     /s/ *George T. Scott*
                                           Eric S. Tautfest
                                           Attorney-In-Charge
                                           State Bar No. 24028534
                                           etautfest@theware.com
                                           Donald Puckett
                                           State Bar No. 24013358
                                           dpuckett@thewarefirm.com
                                           Leslie D. Ware
                                           State Bar No. 00785179
                                           lware@thewarefirm.com
                                           Mark W. Born
                                           State Bar No. 24034334
                                           mborn@thewarefirm.com
                                           George Scott
                                           State Bar No. 24061276
                                           gscott@thewarefirm.com
                                           **THE WARE FIRM**
                                           2101 Cedar Springs Road
                                           Suite 1900
                                           Dallas, Texas 75201
                                           214-744-5000 / 214-744-5013 Facsimile

                                           Eric M. Albritton
                                           State Bar No. 00790215
                                           ema@emafirm.com
                                           Adam A. Biggs
                                           State Bar No. 24051753
                                           aab@emafirm.com
                                           **ALBRITTON LAW FIRM**
                                           P.O. Box 2649
                                           Longview, Texas 75606
                                           (903) 757-8449 / (903) 758-7397 Fax

                                           Thomas John Ward, Jr.
                                           State Bar No. 00794818
                                           jw@jwfirm.com
                                           **WARD & SMITH LAW FIRM**
                                           P.O. Box 1231
                                           Longview, TX 75606-1231
                                           903-757-6400 / 903-757-2323 Fax

                                           **ATTORNEYS FOR PLAINTIFF
                                           NEXTCARD, LLC**

## **CERTIFICATE OF ELECTRONIC SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, January 14, 2011.  Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

                                                           */s/George T. Scott*
                                                           George T Scott