# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **NEXTCARD, LLC,**<br>Plaintiff,<br><br>v.<br><br>**CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.**<br><br>Defendants. | § § § § § § § § § § § § § § § § | **CIVIL ACTION NO.   2:09-cv-394**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Before the Court is the Plaintiff NextCard, LLC and Defendants Chase Bank USA, N.A. and Zions First National Bank, N.A.'s (collectively "the parties") Joint Motion to extend the deadline to exchange Privilege Logs (or a letter to the Court stating that there are no disputes as to claims of privileged documents) as set forth in the Docket Control Order [Docket No.84] to April 28, 2011.  The Court, having considered the joint motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for the parties to exchange Privilege Logs is extended to April 28, 2011.

SIGNED this 2nd day of March, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE