IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC, | § |
| | § |
| Plaintiff | § |
| | § |
| v. | § Case No. 2:09-cv-394 |
| | § |
| CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A., | § |
| | § |
| Defendants | § |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT CHASE BANK USA, N.A.**

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendant, Chase Bank USA, N.A., hereby grants the motion.

It is, therefore, Ordered that Trey Yarbrough and Debby E. Gunter of the law firm of Yarbrough Wilcox, PLLC are hereby terminated as counsel for Defendant, Chase Bank USA, N.A., in the above-captioned civil action.

It is further Ordered that the Clerk of the Court terminate any further ECF notices to Trey Yarbrough and Debby E. Gunter in this action.

SIGNED this 1st day of April, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE