IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>Defendants. | CIVIL ACTION NO. 2:09-cv-394<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is the Plaintiff NextCard, LLC's Unopposed Motion to extend the deadline to exchange Privilege Logs (or a letter to the Court stating that there are no disputes as to claims of privileged documents) from April 28, 2011 to May 19, 2011. The Court, having considered the unopposed motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for the parties to exchange Privilege Logs is extended to May 19, 2011.

SIGNED this 26th day of April, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE