IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>    Defendants. | §§§§§§§§§§§§§§§<br><br>Civil Action No. 2:09-cv-00394-TJW |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN NEXTCARD, LLC AND ZIONS FIRST NATIONAL BANK, N.A.

On this day, the Court considered the Stipulation of Dismissal of Claims Between NextCard, LLC and Zions First National Bank, N.A. After considering the Stipulation, the Court hereby dismisses all claims asserted by Plaintiff NextCard, LLC against Defendant Zions First National Bank, N.A. and all claims asserted by Zions First National Bank, N.A. against NextCard, LLC WITH PREJUDICE to re-filing same. Each party is to bear its own costs.

SIGNED this 5th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE