IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC,<br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:09-cv-394<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISCLOSURE OF PRIVILEGE LOG

Pursuant to this Court's Docket Control Order, Plaintiff Nextcard, LLC hereby notifies the Court that is has served its privilege log upon all Counsel via electronic transmission on May 19, 2011.

Date: May 25, 2011　　　　　　　　　　　　　　Respectfully Submitted,

By: */s/ George T. Scott*
Eric S. Tautfest
Attorney-In-Charge
State Bar No. 24028534
etautfest@thewarefirm.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@thewarefirm.com
George Scott
State Bar No. 24061276
gscott@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road
Suite 1900
Dallas, Texas 75201
214-744-5000 Telephone
214-744-5013 Facsimile

Eric M. Albritton
State Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903-757-8449 Telephone
903-758-7397 Facsimile

T. John Ward, Jr.
State Bar No. 00794818
jw@jwfirm.com
**Ward & Smith Law Firm**
P.O. Box 1231
Longview, TX 75606-1231
903-757-6400 Telephone
903-757-2323 Facsimile

**ATTORNEYS FOR PLAINTIFF
NEXTCARD, LLC.**

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the 25th day of May, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ George T. Scott