**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXTCARD, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **NO. 2:09-cv-00394-CE** |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **CHASE BANK USA, N.A., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for and on behalf of Chase Bank USA, N.A. and hereby requests, pursuant to Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

RYAN S. LOVELESS
Texas State Bar No. 24036997
rloveless@munckcarter.com
MUNCK CARTER, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

Respectfully submitted,

*/s/ Ryan S. Loveless*

**E. LEON CARTER**
Texas State Bar No. 03914300
lcarter@munckcarter.com
**JAMIL N. ALIBHAI**
Texas State Bar No. 00793248
jalibhai@munckcarter.com
RYAN S. LOVELESS
Texas State Bar No. 24036997
rloveless@munckcarter.com
**MUNCK CARTER, LLP**
12770 Coit Road, Ste. 600
Dallas, Texas 75251
(972) 628-3600 Telephone
(972) 628-3616 Facsimile

JOHN M. HINTZ (admitted E.D. Tex.)
New York Bar No. 2252708
jhintz@chadbourne.com
DENNIS C. HOPKINS (*pro hac vice*)
New York Bar No. 2960193
dhopkins@chadbourne.com
**CHADBOURNE & PARKE, LLP**
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5433 Telephone
(212) 541-5369 Facsimile

**COUNSEL FOR DEFENDANT
CHASE BANK USA, N.A.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF to all counsel of record in accordance with the Federal Rules of Civil Procedure on May 26, 2011.

*/s/ Ryan S. Loveless*
Ryan S. Loveless