**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NEXTCARD, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 2:09-cv-394** |
| § | |
| **CHASE BANK USA, N.A., ET AL.,** § | |
| § | |
| Defendants. § | |

**DEFENDANT CHASE BANK USA, N.A.'S NOTICE OF COMPLIANCE**

Pursuant to the Court's Docket Control Order, Defendant Chase Bank USA, N.A. hereby notifies the Court that is has served its privilege log upon all Counsel via electronic transmission on May 19, 2011.

Dated:  May 26, 2011                                       Respectfully submitted,


                                        By: */s/ Ryan S. Loveless*
                                            E. Leon Carter
                                            Texas State Bar No. 03914300
                                            lcarter@munckcarter.com
                                            Jamil N. Alibhai
                                            Texas State Bar No. 00793248
                                            jalibhai@munckcarter.com
                                            RYAN S. LOVELESS
                                            Texas State Bar No. 24036997
                                            rloveless@munckcarter.com
                                            **MUNCK CARTER, LLP**
                                            600 Banner Place Tower
                                            12770 Coit Road
                                            Dallas, Texas 75251
                                            (972) 628-3600 Telephone
                                            (972) 628-3616 Telecopier

                                            John M. Hintz (admitted E.D. Tex.)
                                            New York Bar No. 2252708
                                            jhintz@chadbourne.com
                                            Dennis C. Hopkins (admitted *pro hac vice*)
                                            New York Bar No. 2960193
                                            dhopkins@chadbourne.com
                                            CHADBOURNE & PARKE, LLP
                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                            (212) 408-5433 Telephone
                                            (212) 541-5369 Telecopier

                                            **COUNSEL FOR DEFENDANT**
                                            **CHASE BANK USA, N.A.**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served on all counsel of record via the Court's CM/ECF, on this 26th day of May 2011.

                                             */s/ Ryan S. Loveless*
                                             Ryan S. Loveless