IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEXTCARD, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.<br><br>　　　　Defendants. | CIVIL ACTION NO.　2:09-cv-394<br><br>JURY TRIAL DEMANDED |

## ORDER

On this date came for consideration Plaintiff's Unopposed Motion to Withdraw Counsel Donald Puckett. The Court being of the opinion that same should be GRANTED, it is therefore ORDERED that Plaintiff's Unopposed Motion to Withdraw Counsel Donald Puckett be and hereby is GRANTED. Donald Puckett shall no longer be counsel of record for Nextcard LLC, in this matter.

SIGNED this 17th day of June, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE