**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **NEXTCARD, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **CHASE BANK USA, N.A., CITIBANK** | § | |
| **(SOUTH DAKOTA), N.A., CAPITAL** | § | Civil Action No. 2:09-cv-00394-TJW |
| **ONE BANK (USA), N.A., WELLS** | § | |
| **FARGO FINANCIAL, INC., ZIONS** | § | |
| **FIRST NATIONAL BANK, N.A., THE** | § | |
| **HARRIS BANK, N.A.** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is Plaintiff NextCard, LLC's ("NextCard") and Defendant Chase Bank USA, N.A.'s ("Chase") Joint Motion to Stay Deadlines. After careful consideration, the Court is of the opinion that the Motion is meritorious and should in all things be **granted**.

It is therefore ordered that all case deadlines and all discovery relating to and between NextCard and Chase be stayed pending the filing, on or before August 5, 2011, of a stipulation of dismissal of all claims and counterclaims in this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SIGNED this 19th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE