# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NEXTCARD, LLC, <br>     Plaintiff, <br><br> v. <br><br> CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A. <br><br>     Defendants. | § § § § § § § § § § § § § § | Civil Action No. 2:09-cv-00394-CE |

## ORDER

Before the Court is Plaintiff NextCard, LLC's ("NextCard") and Defendant Chase Bank USA, N.A.'s ("Chase") Joint Motion to Extend Stay of Deadlines. After careful consideration, the Court is of the opinion that the Motion is meritorious and should in all things be GRANTED.

It is therefore ORDERED that all case deadlines and all discovery relating to and between NextCard and Chase be stayed pending the filing, on or before August 31, 2011, of a joint stipulation of dismissal of all claims and counterclaims in this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SIGNED this 11th day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE