**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEXTCARD, LLC,      Plaintiff, | § § § § § | |
| v. | § § | |
| CHASE BANK USA, N.A., CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL, INC., ZIONS FIRST NATIONAL BANK, N.A., THE HARRIS BANK, N.A.      Defendants. | § § § § § § § § § § | Civil Action No. 2:09-cv-00394-TJW |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**
**BETWEEN NEXTCARD, LLC AND CHASE BANK USA, N.A.**

On this day, the Court considered the Stipulation of Dismissal of Claims Between NextCard, LLC and Chase Bank USA, N.A.  After considering the Stipulation, the Court hereby dismisses all claims asserted by Plaintiff NextCard, LLC against Defendant Chase Bank USA, N.A. and all claims asserted by Chase Bank USA, N.A. against NextCard, LLC WITH PREJUDICE to re-filing same.  Each party is to bear its own costs.

SIGNED this 29th day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE